PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEAN GRACE,<br><br>Defendant. | CASE NO. 2:24-CR-00188-DC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Sean Grace, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 5, 2024, before Senior United States District Judge Kimberly J. Mueller. *See* Min. Order, ECF No. 18. On October 8, 2024, the Chief United States District Judge in this district issued an order (i) reassigning this case to United States District Judge Dena Coggins and (ii) vacating all previously set court appearances. Order of Reassignment, ECF No. 19.

2. By this stipulation, the defendant now moves to reset the matter for status before Judge Coggins on December 6, 2024, and to exclude time between October 10, 2024, and December 6, 2024, under Local Code T4.

///

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes over 300 pages of documents and records, video and audio recordings, and gigabytes of data derived from forensic extractions of multiple electronic devices.  All of this discovery has either been produced directly to counsel and/or made available for inspection and copying.  Additionally, the government anticipates producing additional documentary discovery in the coming days.

b) Counsel for the defendant desires time to consult with her client, review the current charges, conduct investigation and research related to the charges, review and copy discovery, discuss potential resolutions with her client, and otherwise prepare for trial.

c) Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period beginning on October 10, 2024, to December 6, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 8, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ SAM STEFANKI
SAM STEFANKI
Assistant United States Attorney

Dated:  October 8, 2024

/s/ MIA CRAGER
MIA CRAGER
Counsel for Defendant
SEAN GRACE

IT IS SO ORDERED.

Dated:   **October 10, 2024**

Dena Coggins
United States District Judge