MICHELE BECKWITH
Acting United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00188-DC |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| SEAN GRACE, | DATE: January 24, 2025<br>TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Dena Coggins |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Sean Grace, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 24, 2025.

2. By this stipulation, the defendant now moves to continue the status conference until March 7, 2025, at 9:30 a.m., and to exclude time between January 24, 2025, and March 7, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 325 pages of documents and records, as well as video and audio recordings and substantial forensic extractions of data from multiple electronic devices. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

1

      b)     The Office of the Federal Defender anticipates seeking the Court's leave to reassign this case to a defense attorney listed on the Criminal Justice Act Panel. Counsel for the defendant desires additional time to discuss such a referral with a potential new defense attorney, and any new defense attorney will require additional time to consult with their new client, review the current charges, conduct investigation and research related to the charges, review and copy discovery, discuss potential resolutions, and otherwise prepare for trial.

      c)     Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary to arrange for replacement counsel and for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 24, 2025, to March 7, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 13, 2025               MICHELE BECKWITH
                                       Acting United States Attorney


                                       /s/ SAM STEFANKI
                                       SAM STEFANKI
                                       Assistant United States Attorney


Dated:  January 13, 2025               /s/ MIA CRAGER
                                       MIA CRAGER
                                       Counsel for Defendant
                                       SEAN GRACE


**ORDER**

IT IS SO ORDERED.

Dated:  **January 15, 2025**           _____
                                       Dena Coggins
                                       United States District Judge

3