Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
Sean Grace

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>SEAN GRACE,<br><br>            Defendant. | Case No. 2:24-CR-00188-DC<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Judge: Honorable Dena Coggins. |

## STIPULATION

1.      By previous order this case was set for status conference on March 7, 2025.

2.      By this stipulation, the defendants ask to move the status conference until June 20, 2025 and to exclude time between March 7, 2025 and June 20, 2025 under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        (a)      Counsel for defendant desires time to consult with her client, review the discovery, conduct investigation and otherwise prepare for trial.

        (b)      Defense counsel was appointed in late January 2025.

        (c)      The government has represented that the discovery associated with this case includes over 325 pages of documents and records, as well as video and audio recordings and substantial forensic extractions of data from multiple electronic devices.  All of this discovery has been either produced directly to defense counsel and/or made available for inspection and copying.

BARTH DALY LLP
ATTORNEYS AT LAW

(d)    Mr. Grace is housed in Taft, CA. Taft is a five-hour drive from defense counsel's place of business. Defense counsel has been able to visit Mr. Grace once since being appointed. The visit was ended by staff at Taft after one hour. Defense counsel is set to meet with Mr. Grace in early March and the staff as Taft has promised the visit will not be ended after one hour [assuming there are no institutional security issues which intervene].

(e)    Counsel for defendant believes failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

(f)    The government does not object to the continuance.

(g)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

(h)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of March 7, 2025 to June 20, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.


Dated: February 25, 2025.                     Respectfully submitted,


By____/s/ Kresta Daly for_____
        Samuel Stefanki
        ASSISTANT UNITED STATES ATTORNEY



Dated: February 25, 2025.                     BARTH DALY LLP


By____/s/ Kresta Nora Daly_____
        KRESTA NORA DALY
        Attorneys for SEAN GRACE

- 2 -

BARTH DALY LLP
ATTORNEYS AT LAW

1

## **ORDER**

2        GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

3        The court finds good cause to grant the continuance request for a shorter period than

4   requested. The court will continue the status conference to allow defense counsel an opportunity

5   to meet with the defendant on the prescheduled date in March 2025, to review discovery, and to

6   prepare for the status conference. Therefore, the status conference set for March 7, 2025 is

7   VACATED and RESET for March 28, 2025 at 9:30 AM in Courtroom 8 before the Honorable

8   Dena M. Coggins.  The Court finds excludable time through March 28, 2025 under Title 18,

9   United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for preparation of

10  counsel.  The Court finds that the interests of justice are best served by granting the request and

11  outweigh the interests of the public and the defendant in a speedy trial.  (18 U.S.C.

12  § 3161(h)(7)(A), (h)(7)(B)(iv).)

13

14

15        IT IS SO ORDERED.

16  Dated:   **March 4, 2025**

Dena Coggins
United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

BARTH DALY LLP
ATTORNEYS AT LAW