KIMBERLY A. SANCHEZ
Acting United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEAN RYAN ANGELO GRACE,<br><br>Defendant. | CASE NO. 2:24-CR-00188-DC<br><br>STIPULATION REGARDING BRIEFING SCHEDULE ON MOTION TO SUPPRESS; [~~PROPOSED~~] FINDINGS AND ORDER |

**STIPULATION**

1. By previous order, this matter is set for status on August 15, 2025.

2. On or about June 10, 2025, counsel for defendant Sean Grace informed counsel for the United States of America (the "government") that the defendant intends to file a motion to suppress evidence. By this stipulation, the government and the defendant now jointly request that the Court vacate the status conference presently set for August 15 and set the following schedule in this case:

    a) The defendant shall file any motion to suppress evidence that he wishes to file in this case on or before August 15, 2025;

    b) The government shall file any opposition to the defendant's suppression motion on or before September 12, 2025;

    c) The defendant shall file any reply to the government's opposition to his suppression motion on or before September 26, 2025; and

        d)    A hearing on the defendant's motion shall be set for October 10, 2025, at 9:30 a.m. in Courtroom 8.

IT IS SO STIPULATED.

Dated:  July 20, 2025                                       KIMBERLY A. SANCHEZ
                                                            Acting United States Attorney

                                                            /s/ SAM STEFANKI
                                                            SAM STEFANKI
                                                            Assistant United States Attorney

Dated:  July 20, 2025                                       /s/ KRESTA DALY
                                                            KRESTA DALY
                                                            Counsel for Defendant
                                                            SEAN RYAN ANGELO GRACE

**FINDINGS AND ORDER**

The court, having received, read and considered the parties' stipulation and good cause appearing therefrom, ADOPTS the parties' stipulation.

Accordingly, the status conference set for August 15, 2025, is hereby VACATED, and a motion hearing is SET for October 10, 2025, at 9:30 a.m. in courtroom 8 before the Honorable Dena M. Coggins.

Additionally, the parties' proposed motion briefing schedule is ADOPTED and shall govern any motion to suppress evidence that the defendant wishes to file. Defendant shall file any motion to suppress evidence on or before August 15, 2025; the government shall file any opposition to the defendant's suppression motion on or before September 12, 2025; and defendant's reply to the government's opposition shall be filed on or before September 26, 2025.

IT IS SO ORDERED.

Dated: __July 23, 2025__

Dena Coggins
United States District Judge