ERIC GRANT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SEAN RYAN ANGELO GRACE, <br><br> Defendant. | CASE NO. 2:24-CR-00188-DC <br><br> [PROPOSED] ORDER RE AMENDED BRIEFING SCHEDULE ON MOTION TO SUPPRESS AND EXCLUSION OF TIME |

The Court has read and considered the parties' stipulation requesting (i) an amended briefing schedule on the defendant's anticipated motion to suppress and (ii) to exclude time under the Speedy Trial Act for purposes of preparing that motion, which was filed on the docket on October 2, 2025. The Court hereby ADOPTS the parties' stipulation and ORDERS as follows:

1. The briefing schedule and motion hearing in this matter presently set for October 10, 2025, are VACATED.

2. The Court SETS the following schedule in this case:

   a) The defendant shall file any motion to suppress evidence that he wishes to file in this case on or before December 8, 2025;

   b) The government shall file any opposition to the defendant's suppression motion on or before January 30, 2026;

      c)     The defendant shall file any reply to the government's opposition to his suppression motion on or before February 13, 2026; and

      d)     A hearing on the defendant's suppression motion shall be set for February 27, 2026, at 9:30 a.m. in Courtroom 10.

3.     The Court FINDS that the ends of justice served by granting the parties' request for an exclusion of time between October 2, 2025, and February 27, 2026, outweigh the best interest of the public and the defendant in a speedy trial.

4.     The Court ORDERS that the time period of October 2, 2025, to February 27, 2026, inclusive, be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **October 6, 2025**

Dena Coggins
United States District Judge

ORDER RE MOTION TO SUPPRESS AND EXCLUSION OF TIME     2