Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
Sean Grace

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SEAN GRACE,<br><br>    Defendant. | Case No. 2:24-CR-00188-DC<br><br>**STIPULATION AND [PROPOSED] ORDER RESETTING BRIEFING DEADLINES**<br><br>Judge: Honorable Dena Coggins. |

**STIPULATION**

1. By previous order, the defense Motion to Suppress was ordered filed by December 8, 2025, Government Opposition due January 30, 2026, Reply Due February 13, 2026 with a hearing set for February 27, 2026.

2. By this stipulation, the defendants ask to amend these dates. Specifically, the defense seeks to file its Suppression Motion no later than December 12, 2025, the Government Opposition due February 3, 2026, and the defense Reply due February 13, 2026. The parties do not seek a change to the hearing date.

3. The defense seeks four additional days to properly research and brief the issues presented in this matter. The government does not object to the defense's request for additional time.

//

//

1  Dated: December 9, 2025.          Respectfully submitted,

2

3                                     By   /s/ Kresta Daly for
                                           Samuel Stefanki
4                                          ASSISTANT UNITED STATES ATTORNEY

5

6
   Dated: December 9, 2025.          BARTH DALY LLP
7

8                                     By   /s/ Kresta Nora Daly
                                           KRESTA NORA DALY
9                                          Attorneys for SEAN GRACE

BARTH DALY LLP
ATTORNEYS AT LAW

# **ORDER**

The court, having received, read and considered the parties' stipulation filed on December 9, 2025, and good cause appearing therefrom, APPROVES the parties' stipulation and ORDERS as follows:

1. The previous briefing schedule is VACATED.
2. The court AMENDs the briefing schedule as follows:
    a. The defendant shall file any motion to suppress evidence that he wishes to file in this case no later than December 12, 2025;
    b. The government shall file any opposition to the defendant's suppression motion on or before February 3, 2026;
    c. The defendant shall file any reply to the government's opposition to his suppression motion on or before February 13, 2026;
    d. The Motion Hearing set for February 27, 2026 at 9:30 AM in Coutroom 10 before District Judge Dena M. Coggis remains unchanged.

IT IS SO ORDERED.

Dated:   **December 12, 2025**   _____
Dena Coggins
United States District Judge