ERIC GRANT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00188-DC |
| Plaintiff, | ORDER RE AMENDED BRIEFING SCHEDULE ON MOTION TO SUPPRESS AND EXCLUSION OF TIME |
| v. | |
| SEAN RYAN ANGELO GRACE, | |
| Defendant. | |

The court has read and considered the parties' stipulation requesting (i) an amended briefing schedule on the defendant's motion to suppress and (ii) to exclude time under the Speedy Trial Act for purposes of litigating that motion, which was filed on the docket on January 26, 2026 (Doc. No. 42). The court having found good cause hereby APPROVES the parties' stipulation and ORDERS as follows:

1. The briefing schedule and motion hearing in this matter presently set for February 27, 2026, are VACATED.

2. The court SETS the following schedule in this case:

   a) The government shall file any opposition to the defendant's pending motion to suppress evidence on or before February 17, 2026;

   b) The defendant shall file any reply to the government's opposition to his

suppression motion on or before February 27, 2026; and

c)      A motion hearing on the defendant's suppression motion shall be set for March 13, 2026, at 9:30 a.m. in Courtroom 10.

3.      The court FINDS that the ends of justice served by granting the parties' request for an exclusion of time between February 27, 2026, and March 13, 2026, outweigh the best interest of the public and the defendant in a speedy trial.

4.      The court ORDERS that the time period of February 27, 2026, through March 13, 2026, inclusive, be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the court on the basis of the court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5.      The court further ORDERS that the time period of February 27, 2026, to March 13, 2026, inclusive, be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(1)(D) [Local Code E] because it results from a period of delay attributable to the filing of a pretrial motion that remains pending.

IT IS SO ORDERED.

Dated:   **January 27, 2026**      _____

Dena Coggins
United States District Judge

ORDER RE MOTION TO SUPPRESS AND EXCLUSION OF TIME

2