Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
SEAN GRACE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-CR-00188-DC |
| Plaintiff, | **EX PARTE APPLICATION TO SEAL EXHIBIT A AND [~~PROPOSED~~] ORDER** |
| v. | |
| SEAN GRACE, | |
| Defendant. | |

PLEASE TAKE NOTICE that defendant Sean Grace moves the Court for leave to file Exhibit A to his suppression motion under seal.  The documents will be served on counsel for the government.

The application is made upon the grounds that good cause exists to file the exhibit under seal. Courts have found ex parte requests permissible. *U.S. v. Kravetz*, 709 F.3d 47, 53 (1st Cir. 2013).

This Court has the authority to file documents under seal pursuant to Federal Rule of Criminal Procedure 49.1(d). The exhibit is covered by the protective order in this case.

There is good cause for this court to use its authority under Federal Rule of Criminal Procedure 49.1(d) to file the declarations under seal.

Dated: December 12, 2025         Respectfully submitted,


By ___*/s/ Kresta Nora Daly*_____
         KRESTA NORA DALY
         Attorneys for Sean Grace

### ORDER

Good cause appearing, the Court GRANTS the Defendant's *Ex Parte* Application to Seal submitted to the court on December 12, 2025, and ORDERS Exhibit A to the Defendant's Motion to Suppress be filed under seal until further order of the court. This Order resolves the Defendant's Notice of Filing Under Seal filed at Doc. No. 40.

IT IS SO ORDERED.

Dated:    **March 12, 2026**

_____
Dena Coggins
United States District Judge