Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
Sean Grace

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-CR-00188-DC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| SEAN GRACE, | Judge: Honorable Dean Coggins. |
| Defendant. | |

**STIPULATION**

1.     By previous order this case was set for status conference on May 29, 2026.

2.     By this stipulation, the defendants ask to move the status conference until July 29, 2026 and to exclude time between May 29, 2026 and July 29, 2026 Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

(a)     Counsel for defendant desires time to consult with her client, review the discovery, conduct investigation and otherwise prepare for trial.

(b)     Defense counsel has arranged multiple Zoom meetings with Mr. Grace who is housed at Taft.  Taft has not produced Mr. Grace for the last three scheduled Zoom meetings.

(c)     Mr. Grace is housed in Taft, CA. Taft is a five-hour drive from defense counsel's place of business.

(d)     Counsel for defendant believes failure to grant the above-requested

BARTH DALY LLP
ATTORNEYS AT LAW

STIPULATION AND ORDER

continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

(e)    The government does not object to the continuance.

(f)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

(g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of May 29, 2026 to July 29, 2026,  inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

Dated:  May 25, 2026.                    Respectfully submitted,


By____/s/ Kresta Daly for_____
        Samuel Stefanki
        ASSISTANT UNITED STATES ATTORNEY



Dated:  May 25, 2026.                    BARTH DALY LLP


By____/s/ Kresta Nora Daly_____
        KRESTA NORA DALY
        Attorneys for SEAN GRACE

- 2 -

BARTH DALY LLP
ATTORNEYS AT LAW

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The status conference of May 29, 2026 is vacated.  The status conference will be reset for July 29, 2026.  The Court finds excludable time through July 29, 2026 under Title 18, United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for preparation of counsel. The Court finds that the interests of justice are best served by granting the request and outweigh the interests of the public and the defendant in a speedy trial.  (18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).)

IT IS SO ORDERED.

Dated:   **May 26, 2026**   _____

Dena Coggins
United States District Judge

BARTH DALY LLP
ATTORNEYS AT LAW