Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
Sean Grace

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SEAN GRACE,<br>Defendant. | Case No. 2:24-CR-00188-DC<br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br>Judge: Honorable Dean Coggins. |

**STIPULATION**

1. By previous order this case was set for status conference on July 29, 2026.

2. By this stipulation, the defendants ask to move the status conference until August 28, 2026 and to exclude time between July 29, 2026 and August 28, 2026 Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

(a) Counsel for defendant desires time to consult with her client, review the discovery, conduct investigation and otherwise prepare for trial.

(b) Taft has missed multiple zooms with Mr. Grace.

(c) Mr. Grace is housed in Taft, CA. Taft is a five-hour drive from defense counsel's place of business.

(d) Defense counsel is currently involved in 2:23-cr-177, USA v. Reger, a case which is also pending before this Court. Defense counsel recently gained sudden, easy access to the defendant in *Reger*, and the defense team devoted considerable time and attention to



BARTH DALY LLP
ATTORNEYS AT LAW

BARTH DALY LLP
ATTORNEYS AT LAW

maximizing trial preparation during that change in circumstances. Subsequent developments in the *Reger* case have also drawn the undersigned defense counsel's attention away from the instant case. The trial in *Reger* is set to begin mid-October 2026. The trial is currently estimated to last six weeks. The discovery is voluminous and complex. Defense counsel began their trial preparations in that matter some weeks ago.

(e) Counsel for defendant believes failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

(f) The government does not object to the continuance.

(g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

(h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of July 29, 2026 to August 28, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

Dated: July 15, 2026. Respectfully submitted,

By /s/ Kresta Daly for
Samuel Stefanki
ASSISTANT UNITED STATES ATTORNEY

Dated: July 15, 2026. BARTH DALY LLP

By /s/ Kresta Nora Daly
KRESTA NORA DALY
Attorneys for SEAN GRACE

BARTH DALY LLP
ATTORNEYS AT LAW

**ORDER**

IT IS HEREBY ORDERED as to Sean Grace, the court, having received, read and considered the parties' stipulation filed on July 15, 2026 (Doc. No. 52), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status Conference scheduled for July 29, 2026, is VACATED and RESET for August 28, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between July 29, 2026 and August 28, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated: **July 19, 2026**

Dena Coggins
United States District Judge

BARTH DALY LLP
ATTORNEYS AT LAW